CHRISTINE E. DRAGE, APC
Nevada Bar No. 6624
JOHN T. WENDLAND, ESQ.
Nevada Bar No. 7207
WEIL & DRAGE, APC
2500 Anthem Village Drive
Henderson, NV 89052
(702) 314-1905 • Fax (702) 314-1909
cdrage@weildrage.com
jwendland@weildrage.com
Attorneys for Defendant CHARLES ABBOTT
ASSOCIATES, INC.

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| TOP RANK BUILDERS, INC., a Nevada Corporation; and EFRAIN RENE MORALES MORENO, individually; and as sole officer and shareholder of TOP RANK BUILDERS, INC., <br><br> Plaintiffs, <br><br> v. <br><br> CHARLES ABBOTT ASSOCIATES, INC., a California Corporation; WILLIAM B. BROWNING, an individual; AMERICAN WIND & SOLAR, INC., a Nevada Corporation; SUNDANCE BUILDERS, LLC, a Nevada Limited Liability Company; THOMAS R. FRANK, an individual; COUNTY OF NYE, a political subdivision of the State of Nevada; DOES I through X, inclusive; and ROE ENTITIES XI through XX, inclusive, <br><br> Defendants. | Case No.: 2:16-cv-02903-APG-CWH <br><br> **JOINT REQUEST TO MODIFY THE ORDER GRANTING STIPULATION TO STAY DISCOVERY (Doc. #44)** |

…

…

…

…

## JOINT REQUEST TO MODIFY THE ORDER GRANTING STIPULATION TO STAY DISCOVERY (Doc. #44)

On March 13, 2018, the Court granted the Parties' joint request to stay discovery to allow the Parties to proceed to a settlement conference or mediation. (Doc. #44). In issuing said ruling, the Court ordered that the Parties must file a joint status report upon completion of the settlement conference or by June 11, 2018, whichever is sooner. (Id.) In prior negotiations concerning resolution avenues, the Parties agreed to mediate the action with Stewart Bell of JAMS, a highly successful and well respected mediator. Unfortunately, due to Mr. Bell being in high demand and due to the conflicting schedules of various party and carrier representatives and counsels, several of whom will need to travel to Las Vegas from out of state, the earliest available date that the Parties could mediate with Mr. Bell is August 1, 2018. The Parties have proceeded to lock in this date with Mr. Bell.

As the August 1, 2018 mediation date is after the Court's June 11, 2018 deadline in the Order Granting the Stipulation to Stay Discovery (Doc. #44), the Parties herein jointly request that the deadline for filing a joint status report be extended to a date no sooner than fourteen (14) days after August 1, 2018. The Parties will certainly file, as soon as possible, a joint status report immediately after August 1, 2018.

| | |
|---|---|
| DATED this 19th day of June, 2018. | DATED this 19th day of June, 2018. |
| WEIL & DRAGE, APC | THE WRIGHT LAW GROUP, P.C. |
| /s/ *John T. Wendland* | /s/ *John Henry Wright* |
| CHRISTINE E. DRAGE, ESQ.<br>Nevada Bar No. 6624<br>JOHN T. WENDLAND, ESQ.<br>Nevada Bar No. 7207<br>2500 Anthem Village Drive<br>Henderson, Nevada 89052<br>Attorneys for Defendant,<br>CHARLES ABBOTT ASSOCIATES, INC. | JOHN HENRY WRIGHT, ESQ.<br>Nevada Bar No. 6182<br>PHILIP S. GERSON, ESQ.<br>Nevada Bar No. 5964<br>2340 Paseo Del Prado, Suite D-305<br>Las Vegas, NV 89102<br>Attorneys for Plaintiffs,<br>TOP RANK BUILDERS, INC. and EFRAIN RENE MORALES MORENO |

WEIL & DRAGE
ATTORNEYS AT LAW
A PROFESSIONAL CORPORATION
2500 Anthem Village Drive
Henderson, NV 89052
Phone: (702) 314-1905
Fax: (702) 314-1909
www.weildrage.com

{01359303;2}                Page 2 of 3

| | |
|---|---|
| DATED this 19th day of June, 2018. | DATED this 19th day of June, 2018. |
| MARQUIS AURBACH COFFING | WOODBURY LAW |
| /s/ *Jonathan B. Lee* | /s/ *Rodney S. Woodbury* |
| CRAIG ANDERSON, ESQ.<br>Nevada Bar No. 6882<br>JONATHAN B. LEE, ESQ.<br>Nevada Bar No. 13524<br>10001 Park Run Drive<br>Las Vegas, Nevada 89145<br>Attorneys for Defendant,<br>COUNTY OF NYE | RODNEY S. WOODBURY, ESQ.<br>Nevada Bar No. 7216<br>50 S. Stephanie Street, Suite 201<br>Henderson, Nevada 89012<br>Attorneys for Defendants,<br>AMERICAN WIND & SOLAR, INC. and<br>WILLIAM BROWNING |

DATED this 19th day of June, 2018.

WILSON, ELSER, MOSKOWITZ,
EDELMAN & DICKER LLP

/s/ *David S. Kahn*

DAVID S. KAHN, ESQ.
Nevada Bar No. 7038
300 S. Fourth Street, 4th Fl.
Las Vegas, Nevada 89101
Attorneys for Defendant,
WILLIAM BROWNING

## **ORDER**

IT IS HEREBY ORDERED that Order Granting the Stipulation to Stay Discovery (Doc. #44) is hereby modified, with the Parties required to file a joint status report on or within fourteen (14) days upon completion of the mediation on August 1, 2018.

DATED this 26 day of June, 2018.

_____
UNITED STATES MAGISTRATE JUDGE

CASE NO. 2:16-cv-02903-APG-CWH
Top Rank Builders, Inc. v. Charles Abbott Associates, Inc.